**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

TRACY WULAH,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS,
INC., EQUIFAX INFORMATION
SERVICES, LLC, and TRANSUNION LLC.,

    Defendants.

Case No. 1:25-cv-00583-GBW-CJB

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure Rule 12(c), respectfully submits its Motion for Judgment on the Pleadings ("Motion"). This Motion is based upon the accompanying Opening Brief in Support of Experian's Motion for Judgment on the Pleadings, which Experian incorporates by reference herein.

Experian is entitled to judgment on the pleadings as Plaintiff has failed to state a claim under either the Fair Credit Reporting Act ("FCRA") or any state law because:

A.    Plaintiff fails to state a claim under Sections 1681e(b) and 1681i of the FCRA because she fails to allege an inaccuracy in Experian's reporting;

B.    Plaintiff fails to allege any facts to support a claim under Section 1681g indicating she requested a full file disclosure and Experian failed to provide one;

C.    Plaintiff's negligence claim is preempted by the FCRA; and

D.    Plaintiff cannot state a claim under the Delaware Consumer Fraud Act because she does not allege any act or omission by Experian "in connection with the sale, lease, receipt, or

advertisement of any merchandise," as required under the statute.

WHEREFORE, Experian respectfully requests that the Court grant this Motion and enter judgment in its favor in the above-captioned case.

Dated: June 12, 2026                         Respectfully submitted:


                                             */s/ Tyler R. Wilson*
                                             Tyler R. Wilson (DE #7129)
                                             TROUTMAN PEPPER LOCKE LLP
                                             Hercules Plaza, Suite 1000
                                             1313 N. Market Street
                                             Wilmington, DE 19899-1709
                                             Telephone: (302) 777-6500
                                             Email: tyler.wilson@troutman.com

                                             *Attorney for Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 12, 2026, a copy of the foregoing Experian Information Solutions, Inc.'s Motion for Judgment on the Pleadings and proposed Order granting same, was electronically served on all counsel of record and filed with the Clerk of the Court via the Court's CM/ECF system, and served via U.S. mail, first class, postage prepaid, on:

Tracy Wulah
P.O. Box 634
Bear, DE 19701
*Pro Se Plaintiff*

/s/ Tyler R. Wilson
Tyler R. Wilson (DE #7129)