**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TRACY WULAH, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 25-cv-00583-GBW-CJB |
| | ) | |
| v. | ) | |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, | ) | |
| INC, EQUIFAX INFORMATION SERVICES | ) | |
| LLC, and TRANSUNION LLC, | ) | |
| | ) | |
| Defendants. | | |

**<u>NOTICE OF SUBSTITUTION OF COUNSEL</u>**

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, the appearance of Tyler R.

Wilson and the law firm of Troutman Pepper Locke LLP as counsel for Defendant Experian

Information Solutions, Inc. is hereby withdrawn and the appearance of Daniel A. O'Brien and the

law firm of Venable LLP is hereby entered on behalf of Defendant Experian Information Solutions,

Inc.

PLEASE TAKE FURTHER NOTICE that the undersigned counsel of Troutman Pepper

Locke LLP requests to be removed from all service lists in this case, including the Court's

CM/ECF electronic notification list.

*Remainder of page intentionally left blank.*

Dated: June 12, 2026

**VENABLE LLP**

/s/ Daniel A. O'Brien
Daniel A. O'Brien (No. 4897)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Tel: (302) 298-3523
daobrien@venable.com

*Substituting Attorney for Defendant Experian Information Solutions, Inc.*

**TROUTMAN PEPPER LOCKE LLP**

/s/ Tyler R. Wilson
Tyler R. Wilson (DE #7129)
Hercules Plaza, Suite 1000
1313 Market Street, PO Box 1709
Wilmington, DE  19899-1709
Tel: (302) 777-6500
Tyler.wilson@troutman.com

*Withdrawing Attorney for Defendant Experian Information Solutions, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, Daniel A. O'Brien, hereby certify that on this 12th day of June 2026, a copy of the foregoing document was electronically filed with the court and served via CM/ECF, on parties with counsel of record identified on the Court's docket. I further certify that a copy has also been sent via U.S. Mail to the following:

Tracy Wulah
c/o P.O. Box 634
Bear, Delaware 19701
Email: tracy.wulah@yahoo.com

*/s/ Daniel A. O'Brien*
Daniel A. O'Brien (No. 4897)